USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MARK METZLER, individually and on behalf of all others similarly situated,

                     Plaintiff,

          -against-                     21-CV-9798 (VEC)

                                         <u>ORDER</u>

PURE ENERGY USA LLC,

                     Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on November 23, 2021, *see* Dkt. 1;

      WHEREAS Plaintiff served Defendant on December 10, 2021, such that Defendant was required to answer or otherwise respond to Plaintiff's complaint by January 3, 2022, *see* Dkt. 7; and

      WHEREAS to date, Defendant has not appeared, answered, or otherwise responded to Plaintiff's complaint;

      IT IS ORDERED that Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices, by **January 12, 2022**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

**Date: January 5, 2022**
**New York, New York**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**