```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARK METZLER, individually and on behalf of   :
all others similarly situated,                :
                         Plaintiff,     :
                                 :
            -against-            :     21-CV-9798 (VEC)
                                 :
                                 :     ORDER
PURE ENERGY USA LLC,                          :
                                 :
                      Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS an initial pretrial conference was held on January 21, 2022 at 2:00 p.m.; and

      WHEREAS Defendant has requested that discovery be stayed pending its forthcoming motion to dismiss;

      IT IS HEREBY ORDERED that Plaintiff must file his response, if any, to Defendant's request by **January 28, 2022**, in a letter of no more than five pages. Defendant's reply, if any, is due by **February 4, 2022**. The Court will defer entering a Case Management Plan pending resolution of whether discovery should be stayed.

      IT IS FURTHER ORDERED that Defendant must answer or otherwise respond to Plaintiff's complaint by **February 2, 2022**. *See* Dkt. 11. If Defendant moves to dismiss, Plaintiff must either amend his complaint or respond to Defendant's motion by **March 2, 2022**. If Plaintiff chooses to respond, Defendant's reply is due by **March 16, 2022**.

**SO ORDERED.**

Date: January 21, 2022
      New York, New York
                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**