```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
MARK METZLER, individually and on behalf of
all others similarly situated,

                Plaintiff,

-against-

PURE ENERGY USA LLC,

                Defendant.
-------------------------------------------------------------- X

21-CV-9798 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference was held on January 21, 2022 at 2:00 p.m.;

WHEREAS Defendant has requested that discovery be stayed pending its forthcoming motion to dismiss;

WHEREAS on January 21, 2022, the Court ordered that Plaintiff must file his response, if any, to Defendant's request by January 28, 2022, *see* Dkt. 18; and

WHEREAS to date, Plaintiff has not responded to Defendant's request;

IT IS HEREBY ORDERED that, in light of Plaintiff's failure to respond, the Court presumes that he no longer objects; therefore, discovery is STAYED pending resolution of Defendant's motion to dismiss.

**SO ORDERED.**

**Date: February 3, 2022**
**New York, New York**

                              **VALERIE CAPRONI**
                              **United States District Judge**