```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARK METZLER, individually and on behalf of :
all others similarly situated,                                 :
                    Plaintiff,    :
                                    :
            -against-                                   :      21-CV-9798 (VEC)
                                    :
                                    :      ORDER
PURE ENERGY USA LLC,                                           :
                                    :
                    Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 21, 2022, the Court ordered that Defendant must answer or otherwise respond to Plaintiff's complaint by February 2, 2022, *s*ee Dkt. 18;

      WHEREAS the Court further ordered that, if Defendant moves to dismiss, Plaintiff must either amend his complaint or respond to Defendant's motion by March 2, 2022, *see id.*;

      WHEREAS on February 2, 2022, Defendant filed a motion to dismiss, *see* Dkt. 20; and

      WHEREAS on February 7, 2022, Plaintiff filed an Amended Complaint, *see* Dkt. 23;

      IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED as moot. Defendant must, not later than **March 8, 2022**, either file an answer to the Amended Complaint or move to dismiss the Amended Complaint.

      The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 20.

**SO ORDERED.**

Date: February 8, 2022
      New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**