```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                              DOC #:_____
SOUTHERN DISTRICT OF NEW YORK                             DATE FILED: 12/06/2022
```

------------------------------------------------------------X
MARK METZLER, individually and on behalf of      :
all others similarly situated,                   :
                        Plaintiff,       :
                                          :
        -against-                       :      21-CV-9798 (VEC)
                                          :
                                          :              ORDER
PURE ENERGY USA LLC,                             :
                        Defendant.       :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 7, 2022, Plaintiff filed an Amended Complaint, *see* Dkt. 23;

      WHEREAS on March 8, 2022, Defendant moved to dismiss the Amended Complaint for failure to state a claim and for lack of standing, *see* Dkt. 25–26; and

      WHEREAS Defendant's motion to dismiss remains pending before the Court.

      IT IS HEREBY ORDERED that the parties must appear in person for oral argument on **Friday, December 16, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: December 6, 2022                                    _____
      New York, New York                            **VALERIE CAPRONI**
                                                          **United States District Judge**