```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARK METZLER, individually and on behalf of   :
all others similarly situated,                :
                             Plaintiff,    :
                                           :
                    -against-                  :      21-CV-9798 (VEC)
                                           :
                                           :               ORDER
PURE ENERGY USA LLC,                          :
                                           :
                             Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS oral argument is scheduled for Friday, December 16, 2022, at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS HEREBY ORDERED that, due to a shortage of court reporters, the parties must appear for the conference at **9:30 a.m. on Friday, December 16, 2022**.

**SO ORDERED.**

Date:  **December 14, 2022**
        **New York, New York**

                                                                      _____
                                                                          **VALERIE CAPRONI**
                                                                          **United States District Judge**