```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARK METZLER, individually and on behalf of :
all others similarly situated,                :
                        Plaintiff,    :
                                      :
                 -against-          :     21-CV-9798 (VEC)
                                      :
                                      :     <u>ORDER</u>
PURE ENERGY USA LLC,                          :
                                      :
                      Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS the parties appeared for oral argument on Friday, December 16, 2022.

        IT IS HEREBY ORDERED that Plaintiff must produce a copy of the alleged pre-recorded voicemail referenced in the First Amended Complaint (¶ 33) by emailing it as an attachment to the Undersigned's chambers with opposing counsel on copy. The file must be produced by no later than **Monday, December 19, 2022**.

**SO ORDERED.**

Date: **December 16, 2022**
      **New York, New York**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**