**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARK METZLER, individually and on behalf
of all others similarly situated,

                      Plaintiff,

    -against-                                            21 **CIVIL** 9798 (VEC)

                                                                **<u>JUDGMENT</u>**

PURE ENERGY USA LLC,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 6, 2023, Pure Energy's Motion to Dismiss is GRANTED. Plaintiff's First Amended Complaint is hereby DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        February 7, 2023

                                                                   **RUBY J. KRAJICK**

                                                                     _____
                                                                       **Clerk of Court**

                                      **BY:**       *K. Mango*

                                                                       _____
                                                                          **Deputy Clerk**